IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| GWENDOLYN SOTER, | : |
| Plaintiff, | : |
| | Case No. 3:14cv00220 |
| vs. | : |
| | District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, | : Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social | |
| Security Administration, | : |
| Defendant. | : |

# DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #15), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on February 19, 2015 (Doc. #15) is ADOPTED in full;

2. The parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act (Doc. #13) is accepted, and Defendant is directed to pay Plaintiff's attorney fees under 28 U.S.C. § 2412 in the total amount of $4,000.00; and,

3. Counsel for the parties is directed to verify, **within thirty days** of this Decision and Entry, whether or not Plaintiff owes a pre-existing debt to the United

States subject to offset.  And, if no such pre-existing debt exists, Defendant is directed to pay the EAJA award directly to Plaintiff's attorney.

March 11, 2015                                             *s/Thomas M. Rose

 

 

 

                                                                      _____
                                                                           Thomas M. Rose
                                                                   United States District Judge